1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11 | JERALD SCHROEDER on behalf of himself, all others similarly situated, and

Case No. 16-cv-03815-WHA

12 | on behalf of the general public,

*Assigned for all purposes to the Honorable William Alsup*

13 | Plaintiffs,

14 | v.

~~[PROPOSED]~~ **ORDER ON THE PARTIES' JOINT STIPULATION TO EXTEND THE FILING DATES RELATED TO DEFENDANTS' MOTION TO DISMISS, STAY OR TRANSFER**

15 | YRC INC.; YRC WORLDWIDE, INC.; and DOES 1-100,

16 |

17 | Defendants.

18

    Currently before the Court is the Parties' joint stipulation to extend the filing dates

19

related to Defendants' Motion to Dismiss, Stay or Transfer. Good cause appearing, the Parties'

20

Stipulation is **GRANTED**, and **IT IS HEREBY ORDERED** that: (1) Plaintiff's Opposition to

21

Defendants' Motion to Dismiss, Stay or Transfer be filed no later than August 8, 2016; and (2)

22

Defendants' Reply to Plaintiff's Opposition be filed no later than August 15, 2016.

23

24     **IT IS SO ORDERED.**

25

26 | Date: ___July 25, 2016.___    By: _____

27                                     The Honorable William Alsup
                                       United States District Court Judge

28

~~[PROPOSED]~~ ORDER ON THE PARTIES' JOINT STIPULATION TO EXTEND THE FILING DATES
RELATED TO DEFENDANTS' MOTION TO DISMISS, STAY OR TRANSFER