1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**

9    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10   JERALD SCHROEDER on behalf of          Case No. 16-cv-03815-WHA
     himself, all others similarly situated, and
11   on behalf of the general public,        *Assigned for all purposes to the*
                                             *Honorable William Alsup*
12   Plaintiffs,

13                                           [~~PROPOSED~~] **ORDER ON THE PARTIES'**
     v.                                      **JOINT STIPULATION TO EXTEND THE**
14                                           **FILING DATES RELATED TO**
     YRC INC.; YRC WORLDWIDE, INC.;          **DEFENDANTS' MOTION TO DISMISS,**
15   and DOES 1-100,                         **STAY OR TRANSFER**

16   Defendants.

17

18          Currently before the Court is the Parties' joint stipulation to extend the filing dates

19   related to Defendants' Motion to Dismiss, Stay or Transfer. Good cause appearing, the Parties'

20   Stipulation is **GRANTED**, and **IT IS HEREBY ORDERED** that: (1) Plaintiff's Opposition to

21   Defendants' Motion to Dismiss, Stay or Transfer be filed no later than August 15, 2016; and (2)

22   Defendants' Reply to Plaintiff's Opposition be filed no later than August 22, 2016. at noon.

23

24          **IT IS SO ORDERED.**

25   Date: _August 4, 2016._          By: _____

26                                         The Honorable William Alsup
                                           United States District Court Judge
27

28
                                          1
[~~PROPOSED~~] ORDER ON THE PARTIES' JOINT STIPULATION TO EXTEND THE FILING DATES
RELATED TO DEFENDANTS' MOTION TO DISMISS, STAY OR TRANSFER