# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JERALD SCHROEDER on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>YRC INC.; YRC WORLDWIDE, INC.; and DOES 1-100,<br><br>Defendants. | Case No. 16-cv-03815-WHA<br><br><br>[PROPOSED] ORDER ON THE PARTIES' JOINT STIPULATION TO TRANSFER ACTION |

    Currently before the Court is the Parties' joint stipulation to remove the current action to United States District Court for the Central District of California. Good cause appearing, the Parties' Stipulation is GRANTED and the Court ORDERS the following:

    The Clerk of this Court shall immediately transfer this action, and accompanying file, to the United States District Court for the Central District of California.

**IT IS SO ORDERED.**

Date: August 16, 2016.    By: _/s/ William Alsup_____
                                                      The Honorable William Alsup
                                                      United States District Court Judge