UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

FELIPE ALVAREZ, on behalf of
himself and others similarly situated,

        Plaintiff - Appellant,

 and

JERALD SHROEDER,

        Plaintiff,

  v.

YRC INC., DBA YRC Freight; et al.,

        Defendants - Appellees.

No. 20-56350

D.C. Nos. 2:12-cv-01374-TJH-E,
2:16-cv-06173-TJH-E

U.S. District Court for Central
California, Los Angeles

**MANDATE**

---

JERALD SCHROEDER, on behalf of
himself and others similarly situated,

        Plaintiff - Appellant,

  v.

YRC INC., DBA YRC Freight; et al.,

        Defendants - Appellees.

No. 21-55042

D.C. No. 2:12-cv-01374-TJH-E

U.S. District Court for Central
California, Los Angeles

| | |
|---|---|
| JERALD SHROEDER, on behalf of himself and others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>YRC INC., DBA YRC Freight; et al.,<br><br>Defendants - Appellees. | No. 21-55045<br><br>D.C. No. 2:16-cv-06173-TJH-E<br>U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered September 02, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7